Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:   (202) 263-3000
Facsimile:   (202) 263-3300

Attorney for Defendants
AT&T INC., PACIFIC BELL CO.,
and DIRECTV, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID COTTRELL,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T INC., PACIFIC BELL CO., and DIRECTV, LLC,<br><br>    Defendants. | Case No. 19-cv-7672<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed in California Superior Court: October 16, 2019<br><br>Complaint Served on AT&T Inc.: October 22, 2019<br><br>Complaint Served on Pacific Bell Co.: October 22, 2019<br><br>Complaint Served on DirecTV, LLC: October 24, 2019<br><br>Notice of Removal filed: November 21, 2019 |

I certify that on November 21, 2019, I electronically filed the foregoing NOTICE OF REMOVAL, including exhibits, with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. I further certify that I caused the foregoing NOTICE OF REMOVAL, including exhibits, to be sent by overnight delivery via third-party courier on the following:

> KELLER RORBACK L.L.P.
> Jeffrey Lewis (SB No. 66587)
> Benjamin Gould (SB No. 250630)
> 300 Lakeside Drive, Suite 1000
> Oakland, CA 94612
> (510) 463-3900, Fax (510) 463-3901
> jlewis@kellerrohrback.com
> bgould@kellerrohrback.com
> *Attorney for Plaintiff*

Dated: November 21, 2019        Respectfully submitted,

**MAYER BROWN LLP**

*/s/* Archis A. Parasharami
Archis A. Parasharami

Counsel for Defendants
AT&T INC., PACIFIC BELL CO., AND DIRECTV, LLC