Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
bgould@kellerrohrback.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID COTTRELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AT&T INC., PACIFIC BELL CO., and DIRECTV, LLC,<br><br>　　　　　　　　　　Defendants. | No. 3:19-cv-07672-JCS<br><br>**JOINT STIPULATION REGARDING AMENDED COMPLAINT, REVISED BRIEFING SCHEDULE, AND RESCHEDULED INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER** |

  Pursuant to Civil L.R. 6-2 and 7-12, the parties hereby stipulate as follows:

  1. Defendants moved to compel arbitration and stay litigation on January 13, 2020, making Plaintiff's original response deadline January 27, 2020. Defendants also requested a February 21, 2020 hearing date for oral argument on the motion, the same date previously set by the Court for the initial CMC.

  2. Assuming without conceding that Defendants' motion to compel arbitration should be treated as a motion "under Rule 12(b), (e), or (f)," Fed. R. Civ. P. 15(a)(1)(B), Plaintiff intends to amend his complaint on or before February 3, 2020.

  3. Accordingly, the parties stipulate to the following revised briefing schedule related to the motion to compel arbitration and stay litigation:

      A.      February 24, 2020: Defendants are permitted to file a revised motion to compel arbitration;

      B.      March 16, 2020: Plaintiff's opposition is due;

      C.      March 30, 2020: Defendants' reply is due.

4. The parties propose a hearing date for the motion to compel arbitration of ~~April 17~~ May 1, 2020.

5. Additionally, in the name of efficiency, the parties request that the initial case management conference (CMC), currently scheduled for February 21, 2020, be moved to ~~April 17~~ May 1, 2020. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, ECF No. 3 at 2 n.**, the 26(f) report and initial disclosure deadline would be continued to seven days in advance of the CMC.

Dated this 27th day of January, 2020.

                                    KELLER ROHRBACK L.L.P.

                                    By: */s/ Benjamin Gould*
                                         Benjamin Gould (SBN 250630)
                                         300 Lakeside Drive, Suite 1000
                                         Oakland, CA 94612
                                         Phone: (510) 463-3900
                                         Fax: (510) 463-3901
                                         bgould@kellerrohrback.com

                                         *Attorneys for Plaintiff*

                                    MAYER BROWN LLP

                                    By: */s/ Archis A. Parasharami*
                                         Archis A. Parasharami
                                         1999 K Street NW
                                         Washington, DC 20006-1101
                                         Phone: (202) 263-3000
                                         Fax: (202) 263-3300
                                         aparasharami@mayerbrown.com

                                         *Counsel for Defendants*

STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT AND TO FILE MOTION TO REMAND, CASE NO. 19-CV-07672-JCS

- 2 -

1  ATTESTATION: The Filer attests that concurrence in the filing of this document has been
2  obtained from all signatories.

STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT AND TO FILE MOTION TO REMAND, CASE NO. 19-CV-07672-JCS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Date: February 3, 2020

Hon. Joseph C. Spero
United States Magistrate Judge