Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:   (202) 263-3000
Facsimile:   (202) 263-3300

Attorney for Defendants
AT&T INC., PACIFIC BELL CO.,
and DIRECTV, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DAVID COTTRELL,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T INC., PACIFIC BELL CO., and DIRECTV, LLC,<br><br>          Defendants. | Case No. 19-cv-07672-JCS<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Hon. Joseph C. Spero |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Notice is hereby given that, pursuant to Section 16(a)(1)(A) of the Federal Arbitration Act, 9 U.S.C. §§ 16(a)(1)(A), defendants AT&T Inc., Pacific Bell Co., and DIRECTV, LLC ("Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from this Court's May 27, 2020 order denying Defendants' motion to compel arbitration and to stay the litigation (Dkt. No. 37). A copy of the order being appealed is attached as Exhibit 1.

In accordance with Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit 2.

Dated: June 12, 2020

MAYER BROWN LLP

By: /s/ Archis A. Parasharami
Archis A. Parasharami

*Attorneys for Defendants AT&T Inc., Pacific Bell Co., and DIRECTV, LLC*