Jeffrey Lewis (SBN 66587)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA  94612
Phone (510) 463-3900, Fax (510) 463-3901
jlewis@kellerrohrback.com
bgould@kellerrohrback.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID COTTRELL,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., PACIFIC BELL TELEPHONE CO. D/B/A AT&T CALIFORNIA, DIRECTV, LLC, AT&T SERVICES, INC., AND AT&T MOBILITY SERVICES, LLC,<br><br>Defendants. | No. 3:19-cv-07672-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE** |

Plaintiff David Cottrell and Defendants AT&T Inc., Pacific Bell Tel. Co., DIRECTV, LLC, AT&T Services, Inc., and AT&T Mobility Services, LLC stipulate and respectfully request that the Court stay the case pending the Ninth Circuit's mandate.

1. In June 2020, Defendants filed a notice of appeal from the Court's denial of their motion to compel arbitration.

2. On July 16, 2021, following the oral argument of the parties' appeal, the Ninth Circuit panel hearing the appeal issued an order vacating the parties' submissions and holding the appellate proceedings in abeyance, pending the Ninth Circuit's disposition of *Hodges v. Comcast Cable Communications*, No. 19-16483, another appeal dealing with what constitutes "public injunctive relief" under California's *McGill* rule. (Ninth Circuit Dkt. No. 39.) The panel's July 16 order also

instructed the parties "each [to] file a supplemental brief of up to 10 pages discussing the implications of the [*Hodges*] disposition, if any, on this case." (*Id.*)

3. On September 10, 2021, the Ninth Circuit issued its opinion in *Hodges*, which means the parties must submit supplemental briefing by October 1, 2021.

4. Plaintiff received the last of Defendants' productions of documents earlier this month. Before *Hodges* was issued, the parties were about to submit a joint stipulation and proposed order amending the most recent case management order. The parties' proposed amended schedule effectively contemplated that intensive document review would begin now and likely be completed by the end of the month, and that depositions would likely begin in October.

5. While the parties very likely disagree about how *Hodges* applies to this case, it is clear to both sides that it may be wasteful to proceed into arguably the most expensive and labor-intensive part of discovery without first hearing from the Ninth Circuit.

6. Accordingly, the Plaintiff and Defendants request that this case be stayed pending the mandate of the Ninth Circuit in Defendants' appeal from the order denying their motion to compel arbitration.

7. Within 14 days of that mandate, the parties will submit a joint status report giving their views on how this Court should proceed, and, if appropriate, requesting a modification of the most recent case management order.

DATED this 13th day of September, 2021.

**KELLER ROHRBACK L.L.P.**

By: *s/ Benjamin Gould*
    Jeffrey Lewis (SBN 66587)
    Benjamin Gould (SBN 250630)
    180 Grand Avenue, Suite 1380
    Oakland, CA 94612
    Phone: (510) 463-3900
    Fax: (510) 463-3901
    jlewis@kellerrohrback.com
    bgould@kellerrohrback.com

|   |   |
|---|---|
| 1 |   |
| 2 | KELLER ROHRBACK L.L.P. |
|   | Maxwell Goins (pro hac vice) |
| 3 | 1201 Third Avenue, Suite 3200 |
|   | Seattle, WA 98101-3052 |
| 4 | Phone: (206) 623-1900 |
|   | Fax: (206) 623-3384 |
| 5 | mgoins@kellerrohrback.com |

*Attorneys for Plaintiff*

MAYER BROWN LLP

By: */s/ Hans Germann*
    Hans J. Germann (pro hac vice)
    71 South Wacker Drive
    Chicago, IL 60606
    Phone: (312) 701-8792
    Fax: (312) 706-8169
    hgermann@mayerbrown.com

    Archis A. Parasharami (SBN 321661)
    MAYER BROWN LLP
    1999 K Street, N.W.
    Washington, D.C. 20006-1101
    Phone: (202) 263-3000
    Fax: (202) 263-3300
    aparasharami@mayerbrown.com

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest and certify that concurrence in the filing of this document has been obtained from the other Signatories hereto.

By:   /s/Benjamin Gould
       Benjamin Gould

**CERTIFICATE OF SERVICE**

I, Benjamin Gould, hereby certify that on September 13, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: /s/ *Benjamin Gould*
Benjamin Gould

**[PROPOSED] ORDER STAYING CASE**

Based on the foregoing Stipulation To Stay Case Pending Appeal, this Court stays all aspects of this action pending the mandate of the Ninth Circuit in the appeal from the Court's order denying Defendants' motion to compel arbitration; vacates those portions of its May 24, 2021 civil minute order (Dkt. No. 89) that order a joint case management conference statement due January 21, 2022 and set a case management conference for January 28, 2022 at 9:30 am; and orders the parties to file a joint status report within 14 days of the Ninth Circuit's issuance of its mandate.

**IT IS SO ORDERED.**

Dated: _____, 2021.      By: _____
                                                                                  The Hon. Joseph C. Spero
                                                                                  United States Chief Magistrate Judge