UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COTTRELL,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T INC., et al.,<br><br>    Defendants. | Case No. 19-cv-07672-JCS<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 17 |

This Court previously denied Defendants' motion to compel arbitration. *See* dkt. 37. The Ninth Circuit has since reversed that decision, remanding with instructions to grant the motion. Mandate has issued, *see* dkt. 102, and the parties agree in a joint status report that "the Court should enter an order that Plaintiff must arbitrate his claims and that this action is stayed pending the outcome." Status Report (dkt. 103) ¶ 5. Accordingly, the motion to compel arbitration (dkt. 17) is GRANTED, Plaintiff is ORDERED to arbitrate his claims, and the case is STAYED pending the conclusion of arbitration.

A status conference will occur on July 22, 2022 at 2:00 PM. The parties shall file a joint status report by July 15, 2022. If arbitration remains pending and no issues require the Court's intervention, the status conference will be continued to a later date. All other hearings and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: January 20, 2022

JOSEPH C. SPERO
Chief Magistrate Judge