Jeffrey Lewis (SBN 66587)
Benjamin Gould (SBN 250630)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone (510) 463-3900, Fax (510) 463-3901
jlewis@kellerrohrback.com
bgould@kellerrohrback.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| DAVID COTTRELL,<br><br>                              Plaintiff,<br><br>        v.<br><br>AT&T INC., PACIFIC BELL TELEPHONE CO. D/B/A AT&T CALIFORNIA, DIRECTV, LLC, AT&T SERVICES, INC., AND AT&T MOBILITY SERVICES, LLC,<br><br>                              Defendants. | No. 3:19-cv-07672-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiff David Cottrell and Defendants AT&T Inc., Pacific Bell Tel. Co., DIRECTV, LLC, AT&T Services, Inc., and AT&T Mobility Services, LLC, pursuant to a settlement agreement, stipulate to the dismissal of this action with prejudice. Each side shall bear its own costs and attorneys' fees.

DATED this 17th day of August, 2022.

**KELLER ROHRBACK L.L.P.**

By: */s/ Benjamin Gould*
Jeffrey Lewis (SBN 66587)
Benjamin Gould (SBN 250630)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Phone: (510) 463-3900
Fax: (510) 463-3901

No. 3:19-cv-07672-JCS                    1                    STIPULATION OF VOLUNTARY
                                                              DISMISSAL

jlewis@kellerrohrback.com
bgould@kellerrohrback.com

*Attorneys for Plaintiff*

**MAYER BROWN LLP**

By: */s/ Hans Germann*
        Hans J. Germann (pro hac vice)
        71 South Wacker Drive
        Chicago, IL 60606
        Phone: (312) 701-8792
        Fax: (312) 706-8169
        hgermann@mayerbrown.com

        Archis A. Parasharami (SBN 321661)
        MAYER BROWN LLP
        1999 K Street, N.W.
        Washington, D.C. 20006-1101
        Phone: (202) 263-3000
        Fax: (202) 263-3300
        aparasharami@mayerbrown.com

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest and certify that concurrence in the filing of this document has been obtained from the other Signatories hereto.

By:     /s/*Benjamin Gould*
        Benjamin Gould

No. 3:19-cv-07672-JCS                    2                    STIPULATION OF VOLUNTARY
DISMISSAL

## CERTIFICATE OF SERVICE

I, Benjamin Gould, hereby certify that on August 17, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:  /s/ *Benjamin Gould*
Benjamin Gould